```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/27/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**DERICK LOUIS WILLIAMS**,

                Plaintiff,

-against-

**BREAKING GROUND DEVELOPMENT FUND CORPORATION, KAREN WARNER, and MUHAMET ISLAMOVIC**,

                Defendants.

**22-CV-8715 (ALC)**

**ORDER OF SERVICE**

**ANDREW L. CARTER, JR., United States District Judge:**

    Plaintiff, who is appearing *pro se*, brings this action under Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e to 2000e-17, and the New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297, alleging that his former employer discriminated and retaliated against him because of his sex when it fired him after falsely accusing him of sexual harassment. By order dated January 24, 2023, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"). The Court directs service on Defendants.

## DISCUSSION

    Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served summonses and the complaint until the Court reviewed the complaint and ordered that summonses be issued. The Court therefore extends the time to serve until 90 days after the date summonses are issued.

To allow Plaintiff to effect service on Defendants Breaking Ground Housing Development Fund Corporation, Karen Warner, and Muhamet Islamovic through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each defendant. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these defendants.

If the complaint is not served within 90 days after the date the summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is instructed to issue summonses for Defendants Breaking Ground Housing Development Fund Corporation, Karen Warner, and Muhamet Islamovic, complete the USM-285 forms with the addresses for these defendants, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is further instructed to mail Plaintiff an information package.

**SO ORDERED.**

**Dated:   March 27, 2023**
**          New York, New York**

_____
ANDREW L. CARTER, JR.
United States District Judge

**DEFENDANTS AND SERVICE ADDRESSES**

1. Breaking Ground Housing Development Fund Corporation
   505 8th Ave., 5th Floor
   New York, NY 10018

2. Karen Warner
   Building Manager
   Breaking Ground Housing Development Fund Corporation
   505 8th Ave., 5th Floor
   New York, NY 10018

3. Muhamet Islamovic
   Supervisor
   Breaking Ground Housing Development Fund Corporation
   505 8th Ave., 5th Floor
   New York, NY 10018