```
                                          USDC SDNY
                                          DOCUMENT
UNITED STATES DISTRICT COURT              ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK             DOC#: _____
                                          DATE FILED: 8/9/2023
```

| | |
|---|---|
| **DERICK LOUIS WILLIAMS,** | |
| Plaintiff, | |
| -against- | 22-CV-8715 (ALC) |
| **BREAKING GROUND DEVELOPMENT FUND CORPORATION, KAREN WARNER, and MUHAMET ISLAMOVIC,** | **ORDER** |
| Defendants. | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Defendants' pre-motion conference letter related to their anticipated motion to dismiss. ECF No. 21. Plaintiff has yet to respond to the Defendants' letter. On March 27, 2023, this Court issued an order referring this case to the Court's Mediation Program. ECF No. 8. In that order, I directed the Clerk of the Court to locate pro bono counsel to represent Mr. Williams at the mediation. The parties have not indicated whether they are interested or willing to mediation. The parties are hereby **ORDERED** to file a letter on or by **August 17, 2023** advising the Court if they wish to proceed with mediation. Plaintiff should also advise the Court if he wishes to amend his complaint in light of the arguments Defendants presented in their pre-motion conference letter at ECF No. 21. The Clerk of the Court is directed to mail this Order and Defendant's pre-motion conference letter to the *pro se* Plaintiff and to note this service on the docket.

**SO ORDERED.**

Dated:  August 9, 2023
        New York, New York

*/s/ Andrew L. Carter, Jr.*
_____
  **ANDREW L. CARTER, JR.
  United States District Judge**