UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DERICK L. WILLIAMS,<br><br>                              Plaintiff,<br><br>-against-<br><br>BREAKING GROUND HOUSING DEVELOPMENT FUND CORPORATION, et al.,<br><br>                            Defendants. | 22-CV-08715 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The parties previously advised the Court that they consented to mediation. ECF No. 30. By Friday, September 29, 2023, defendants should submit a joint letter on the status of mediation efforts.

    SO ORDERED.

Dated: September 26, 2023
        New York, New York

                                                    ARUN SUBRAMANIAN
                                                    United States District Judge