UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DERICK L. WILLIAMS, <br><br> Plaintiff, <br><br> -against- <br><br> BREAKING GROUND HOUSING DEVELOPMENT FUND CORPORATION, et al., <br><br> Defendants. | 22-CV-08715 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On November 9, 2023, defendants filed a motion to dismiss. On December 15, 2023, plaintiff filed a motion, asking the Court to set a trial date and purporting to attach a "response" to defendants' motion to dismiss as "Exhibit A." The Court never received Exhibit A. If plaintiff intends to file a response to defendants' motion to dismiss, plaintiff must do so by February 9, 2024. Otherwise, the Court will decide the motion to dismiss on the basis of defendants' submissions alone.

As to plaintiff's request for a trial date, that request is premature. A trial date will be set after the motion to dismiss has been decided.

The Clerk of Court is directed to mail a copy of this order, as well as the motion to

dismiss and associated documents (Dkts. 36, 37, 38), to plaintiff. The Clerk of Court is also directed to terminate the motion at Dkt. 40.

    SO ORDERED.

Dated: January 9, 2024
       New York, New York

                                      ARUN SUBRAMANIAN
                                      United States District Judge