United States District Court
Southern District of New York

DERICK L Williams        22-CV-8715(AS)
           Plaintiff
—against—

Breakingground Housing
Development Fund Corporation, et
al.

Arun Subramanian United States
District Judge:

## Motion

For A Speedy Trial against the defendants Breaking ground managers Karen Warner and Muhamet Islamovic had enough time to get their story together and stop wasting the court time plaintiff Derick Williams thank you.

---

There is no right to a speedy trial in civil cases like this one, so the Court is required by law to deny the motion. *Morales v. Pallito*, 2012 WL 7748859, at *1 (D. Vt. Dec. 18, 2012), *report and recommendation adopted*, 2013 WL 1089878 (D. Vt. Mar. 15, 2013). However, the Court is working diligently to resolve the pending motion to dismiss in this case. If this case survives that motion, the parties will continue to discovery and then trial.

The Clerk of Court is directed to terminate the motion at Dkt. 44.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: May 15, 2024

(1)

To your Honor                                    22-cv-8715 (AS)
Arun Subramanian
United States District Judge:
US Courthouse-
500 pearl street New York NY 10007
pro-se intake unit




                                    Derick Williams
                                    2838 morris Ave #4E
                                    Bronx New York 10468
                                    646-260-8382
                                    *Derick Williams*
                                    April 29. 2024

(2)