UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                    :

DERICK L. WILLIAMS,                                 :

                        Plaintiff,                  :       ORDER PURSUANT TO
                                                           RULE 16(b)(1)(A)
            -v.-                                    :
                                                           22 Civ. 8715 (GWG)
                                                    :

BREAKING GROUND HOUSING                             :
DEVELOPMENT FUND CORPARATION, et al.,
                                                    :
                        Defendants.
                                                    :
-----------------------------------------------------------------x

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

          The Court issues this Order as a means to allow the parties to propose deadlines for a
scheduling order issued pursuant to Rule 16 of the Federal Rules of Civil Procedure.  The
attorney for defendants is (1) directed to transmit or mail a copy of this Order to plaintiff and (2)
to contact plaintiff by telephone within 7 business days for purposes of creating a discovery plan.
See Fed. R. Civ. P. 26(f).  The plan should contain the following elements:

1.        A deadline for any motion to join other parties or amend the pleadings.

2.        A date by which by which all documents requests and interrogatories must be served.

3.        A date by which all discovery must be completed.[1]

4.        A deadline for the filing of any letter to the Court stating that a party seeks permission to
          make a summary judgment motion.

The parties are free to include additional elements in the plan if they wish.  Also, the parties are
encouraged to discuss settlement during the telephone conference.  If both parties wish the Court
to refer the case for mediation or if a telephone conference is needed for any purpose, they may
so request in the discovery plan.

_____

          [1] If either party intends to hire an expert, deadlines for expert disclosures should also be
included.

Counsel for defendants is responsible for filing the plan with the Court on or before July 8, 2024.  If the parties disagree over the terms of the plan, the disagreement should be noted in the plan itself.  In addition, plaintiff may respond to any plan filed by defendants by either (a) mailing a letter to the Court at Pro Se Docketing, 500 Pearl Street, New York, NY 10007 or (b) emailing a letter to Temporary_Pro_Se_Filing@nysd.uscourts.gov within 7 days of the filing of the plan.[1]  Following receipt of the proposed plan, the Court will issue a scheduling order.

Finally, the Court notes that each party must immediately inform the Court of any change in that party's address or telephone number in the future.  If a party fails to do so, the case may be dismissed or a default entered.

Please be aware that the Pro Se Office at the United States Courthouse, 500 Pearl Street, Room 230, New York, New York ((212) 805-0175) may be of assistance in connection with court procedures..

Dated:  New York, New York
        June 17, 2024

SO ORDERED:

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

---

[1]  The email must attach a pdf file of the letter.  No text may be in the email itself, except that the subject line of the email must contain the name and docket number of the case.   Also, the attached pdf letter must also contain the name and docket number of the case.

2