UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DERICK L. WILLIAMS,<br><br>       Plaintiff,<br><br>   -against-<br><br>BREAKING GROUND HOUSING DEVELOPMENT FUND CORPORATION, et al.,<br><br>       Defendants. | 22-CV-08715 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Court was informed that Plaintiff did not actually consent to the jurisdiction of the magistrate judge. Dkts. 52, 53. As such, the order assigning this case to Judge Gorenstein, Dkt. 50, is hereby VACATED.

  Nonetheless, the parties should still comply with the order at Dkt. 51 and propose a scheduling order for this case by July 10, 2024.

  SO ORDERED.

Dated: June 27, 2024
    New York, New York

                            ARUN SUBRAMANIAN
                            United States District Judge