UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DERICK L. WILLIAMS                                    :

                                                                                             :   <u>ORDER</u>
                            Plaintiffs,                        22 Civ. 8715 (AS) (GWG)

   -v.-

BREAKING GROUND HOUSING
DEVELOPMENT FUND CORPORATION et al.,

                         Defendants.
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The Order dated August 13, 2024 (Docket # 71), is hereby corrected to refer to paragraph 2.A of the Court's Individual Practices (not 2.B).

      SO ORDERED.

Dated:  August 14, 2024
            New York, New York

                                                                       _____
                                                                        GABRIEL W. GORENSTEIN
                                                                      United States Magistrate Judge