UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DERICK L. WILLIAMS                              :

                                                 :  ORDER
                    Plaintiffs,              22 Civ. 8715 (AS) (GWG)
                                               :

  -v.-

                                                 :

BREAKING GROUND HOUSING                         :
DEVELOPMENT FUND CORPORATION et al.,
                                               :

                    Defendants.          :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The Court is in receipt of the attached letter from plaintiff.  In the future, the plaintiff should not send filings directly to the undersigned.  Instead, he should send any filings to Pro Se Docketing, 500 Pearl Street, New York, NY 10007.  In the alternative, plaintiff may email the filing in pdf form to Temporary_Pro_Se_Filing@nysd.uscourts.gov

      With regard to the substance of this letter, in an order dated August 26, 2024, the Court ordered a briefing schedule on defendant's motion to strike plaintiff's jury demand.  Defendants have now filed that motion. Plaintiff must file his opposition to that motion by the Court-ordered deadline of September 23, 2024.

      SO ORDERED.

Dated: September 10, 2024
      New York, New York

                                                   _____
                                                   GABRIEL W. GORENSTEIN
                                                   United States Magistrate Judge

United States District Court
Southern District of New York

DERICK L. WILLIAMS
          Plaintiff

-V-                22-CV-8715 (AS)(GWG)

Breakingground Housing Development fund et al.
          Defendants

Gabriel W. Gorenstein,
United States Magistrate Judge

## Motion

1) that Derick Williams is Requesting a trial by jury in this case. I have the documents in my complaint to prove my point I have the USB sent to Labor Department by the defendant breakingground and I received phone call left by H.R. Linworth Stevenson leaving a messages after I was terminated these are facts and I have a witness Kurt security guard that was present at the time of

the incident these are all proven facts Karen Warner building manager had target me with Superintendent Muhamet Islamovic who presented the video to me on the job site from his cellular phone this is why I want a trial by Jury I didn't violate any policy of sexual harassment or anything of that nature falsely accused Derick Williams. thank you for your understanding in this matter.
"Motion Trial by Jury"


Dear Judge: Gorenstein
Derick Williams plaintiff Counsel for the defendants breaking ground has been unethical in their approach with plaintiff Derick mailing a draft of a briefing schedule to the plaintiff for my approval defendants has forged my signature on documentation they're not really trustworthy when it comes to documentation phone call conferences and I feel that on September 3rd or after the party should meet at their law firm at 875 3 ave NYNY 10022 to have this conference with the plaintiff due to past experience with counsel I feel that's the best approach for the parties

2)

to all Parties at 500 pearl street outside of court room to have a conference but a phone conference is strictly out of the question when it comes to please Derick Williams it would be more professional if we would meet face to face for the defendants Counsel could give me a call on the time and date that we can either meet at their law firm or at 500 pearl street in the United States district court Southern district of New York building. thank you for your understanding in this matter.

To Honorable Gabriel
W. Gorenstein Judge
U.S.D.C
500 pearl street
NY NY 10007

DERICK WILLIAMS
2438 MORRIS AVE
BX NY 10468 #4E
646-260-8382
Derick Williams
Aug 27, 2024

also William Doheny
875 3 Avenue
NY NY 10022

3)

3 pages

Derrick Williams
2438 Morris Ave
Bronx New York #4E

NEW YORK NY 100
27 AUG 2024 PM 6 L

Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street New York
NY. 10007 Pro-Se office