UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DERICK L. WILLIAMS,                              :

                                                          :   <u>ORDER</u>
                       Plaintiff,                    22 Civ. 8715 (AS) (GWG)
                                                         :

   -v.-
                                                             :

BREAKING GROUND HOUSING                          :
DEVELOPMENT FUND CORPORATION et al.,
                                                             :

                     Defendants.                    :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

       The application to conduct the plaintiff's deposition in the Courthouse (Docket # 89) is granted.

       Defendants' counsel should contact Mr. Rigoberto Landers via his email address (which will be provided separately by Chambers) to arrange for a room at the Courthouse.

       Once the date is fixed, counsel is reminded to comply with paragraph 1.G of the Court's Individual Practices to obtain an "Electronic Device Order" that will allow the stenographer to bring stenographic equipment into the Courthouse. The stenographer should present a copy of both the Electronic Device Order and this Order to security personnel at the entrance to the Courthouse.

       SO ORDERED.

Dated: November 6, 2024
       New York, New York

                                                                   _____
                                                                   GABRIEL W. GORENSTEIN
                                                                   United States Magistrate Judge