UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                                     :

DERICK L. WILLIAMS

                                                                     :

           Plaintiff,                                  <u>ORDER</u>

          -v.-

                                                          :      22 Civ. 8715 (AS)(GWG)

BREAKING GROUND HOUSING
DEVELOPMENT FUND CORPORATION et al.,  :

          Defendants.                :
------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      A telephone conference to discuss the discovery dispute raised in defendant's letter dated March 10, 2025, will take place on Tuesday, March 18, 2025, at 11:00 a.m.  Plaintiff may file a response to defendant's letter at any time before the conference.

      A few minutes prior to the above date and time, the parties shall dial 646-453-4442 and use access code: 679 387 375# . (The public may also dial in but will be permitted only to listen.) When dialing in to the conference, the parties must be in a quiet indoor location and must not use a speakerphone. A telephone line and microphone technology with optimal quality should be used.

      The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden.

      Upon receipt of this order each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the conference date and time. The parties should follow paragraph 1. F of this Court's Individual Practices (available at: https://nysd.uscourts.gov/hon-gabriel-w-gorenstein) for any request for an adjournment.

      In light of the discovery dispute, the Court will grant an extension of the discovery deadline for the purpose of allowing defendant to complete the discovery of the plaintiff. After the discovery dispute is resolved, the Court will set a new deadline for the completion of defendant's discovery as well as a new deadline for any party to seek permission to make a summary judgment motion.

SO ORDERED.

Dated: March 10, 2025
      New York, New York

                                                 GABRIEL W. GORENSTEIN
                                                 United States Magistrate Judge