**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X
DERICK L. WILLIAMS,

                    Plaintiff,                        22 **CIVIL** 8715 (AS)

        -against-                           **JUDGMENT**

BREAKING GROUND HOUSING
DEVELOPMENT FUND CORPORATION,

                    Defendant.
----------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated April 14, 2026, the Report and Recommendation is ADOPTED in its entirety. Breaking Ground's motion for summary judgment is GRANTED; Williams's motions are DENIED AS MOOT. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and *in forma pauperis* status is thus denied. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York

       April 15, 2026

                                **TAMMI M. HELLWIG**
                                  _____
                                  **Clerk of Court**

               **BY:**

                                  _____
                                  **Deputy Clerk**